No. 244, Misc. PAULDING ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 249, Misc. MARSH v. MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 255, Misc. McDONALD v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 174. HAINES v. UNITED STATES, ante, p. 888;
No. 346. NEW YORK ET AL. v. UNITED STATES ET. AL., ante, p. 882;
No. 351. ROBERTS ET AL. v. UNITED STATES, ante, p. 885;
No. 377. LEVY v. DABNEY, TRUSTEE, ante, p. 887; and
No. 187, Misc. SPARKS v. CALIFORNIA, ante, p. 889. Petitions for rehearing denied.

JANUARY 14, 1952.

No. 46. UNITED STATES v. JORDAN ET AL.

Argued November 27, 1951. Decided January 14, 1952. Per Curiam: The judgment is affirmed by an equally divided Court. MR. JUSTICE FRANKFURTER is of the opinion the writ should be dismissed as improvidently granted and has expressed his views in a memorandum filed in No. 47, United States v. Shannon, decided this day, ante, pp. 288, 294. Roger P. Marquis argued the cause for the United States. With him on the brief were Solicitor General Perlman, Assistant Attorney General Underhill and Harold S. Harrison. John D. Martin, Jr. argued the cause for respondents. With him on the brief was Sam Costen.